```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  CARL M. FALLER, JR.
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California  93721
    Telephone:  (559) 498-7272
 5
 6
 7
 8
 9           IN THE UNITED STATES DISTRICT COURT FOR THE
10                  EASTERN DISTRICT OF CALIFORNIA
11
12
13  UNITED STATES OF AMERICA,   )   CR. NO. 1:05-cr-00013 OWW
                                )
14           Plaintiff,         )   STIPULATION AND ORDER TO
                                )   CONTINUE THE STATUS CONFERENCE
15      v.                      )   HEARING
                                )
16  SALEEM JOMAI,               )
                                )   DATE: May 23, 2005
17           Defendant.         )   TIME: 1:30 P.M.
                                )   PLACE: Courtroom 2
18  _____)   Honorable Oliver W. Wanger
19
20
21       IT IS HEREBY STIPULATED by and between the parties that the
22  current motions hearing set for May 9, 2005, at 1:30 p.m., be
23  continued to May 23, 2005, at 1:30 p.m. before the Honorable
24  Oliver W. Wanger, United States District Court Judge.
25  ///
26  ///
27  ///
28  ///
```

The parties further stipulate and agree that the resulting period of delay occurring between May 9, 2005 and May 23, 2005, shall be excluded in the interest of justice, pursuant to 18 U.S.C. § 3161(h)(8)(A).

DATED: _May 4, 2005_   McGREGOR W. SCOTT
United States Attorney

By _/s/ Carl M. Faller, Jr_
   CARL M. FALLER, JR
   Assistant U.S. Attorney

DATED: _May 4, 2005_   _/s/Francine Zepeda_
FRANCINE ZEPEDA
Attorney for Defendant
Saleem Jomai

IT IS SO ORDERED

The motions hearing of May 9, 2005, at 1:30 p.m. be continued to May 23, 2005, at 1:30 p.m.

IT IS FURTHER ORDERED that the delay occurring between May 9, 2005 and May 23, 2005, shall be excluded in the interest of justice, pursuant to 18 U.S.C. § 3161(h)(8)(A).

DATED: _May 9, 2005_   /s/ OLIVER W. WANGER
OLIVER W. WANGER
U.S. DISTRICT COURT JUDGE